# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO VLADIMIR LOPEZ ALVARADO, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:25-cv-06377 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAMELA BONDI, *et al*, Respondents. | § § | |

## ORDER

Petitioner's motion to dismiss the pending petition for writ of *habeas corpus* as moot is GRANTED. Dkt 8.

Petitioner advises that he has voluntarily departed from the United States rendering his petition moot.

All claims by Petitioner against Respondents are DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed on __January 21, 2026__, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge